UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| JEFFREY A. PACK ]<br>    Plaintiff, ]<br>                           ]<br>v.                                ]<br>                           ]<br>HICKMAN COUNTY JAIL ]<br>    Defendant. ] | GENERAL DOCKET<br>No. 1:11-mc-0004<br>JUDGE HAYNES |

## O R D E R

The Court has before it a *pro se* prisoner complaint (Docket Entry No.1) under 42 U.S.C. § 1983.[1] Plaintiff has neglected, however, to either pay the fee required for the filing of the complaint ($350) or submit a properly completed application to proceed *in forma pauperis*.

Accordingly, Plaintiff is hereby **GRANTED** thirty (30) days from the date of entry of this order on the docket in which to either pay the civil filing fee of three hundred fifty dollars ($350.00) or submit an application to proceed *in forma pauperis* along with a certified copy of his inmate trust account statement for the previous six month period. 28 U.S.C. § 1915(a)(2).

The Clerk is directed to send the Plaintiff a blank

---

[1] The Plaintiff has not specifically stated the statutory basis for this action. However, he does appear to be challenging state actor(s) for a violation of his constitutional rights. Therefore, the Court construes this as an action brought pursuant to 42 U.S.C. § 1983.

application to proceed *in forma pauperis* along with a copy of Administrative Order No. 93. The Court notes that the complaint is in letter form and does not set forth any specific requests for relief. Therefore, the Clerk will also send the Plaintiff a blank § 1983 complaint form for him to complete and return with either the filing fee or an application to proceed *in forma pauperis*.

Plaintiff is forewarned that, should he fail to comply with these instructions within the specified period of time, the Court will presume that he is not a pauper, assess the filing fee and order its collection from his inmate trust account, and dismiss the instant action for want of prosecution. McGore v. Wrigglesworth, 114 F.3d 601, 606 (6th Cir. 1997).

It is so **ORDERED**.

**ENTERED** this the 13th day of June, 2011.

_____
WILLIAM J. HAYNES, JR.
United States District Judge